**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN

| | |
|---|---|
| In the matter of:<br>**CRAYCRAFT, CHAD M**<br>**CRAYCRAFT, CARRIE L**<br><br>**BRINKMAN, CARRIE L** | Case No. 08-32762 LSW<br><br>Chapter 7<br><br>Judge Lawrence S. Walter |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $12.14 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---:|---:|
| Memorial Hospital of Union County<br>500 London Ave.<br>Marysville, OH 43040 | 7 | 1.25 |
| WASTE MANAGEMENT - RMC<br>2421 W PEORIA AVE SUITE 110<br>PHOENIX, AZ 85029 | 16 | 1.53 |
| Credit Care<br>112 Dowell Ave.<br>Bellefontaine, OH 43311 | 18 | 3.89 |
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | 26 | 3.02 |
| MIDWEST VERIZON WIRELESS<br>VERIZON WIRELESS, PO BOX 3397<br>BLOOMINGTON, IL 61701 | 27 | 2.45 |

/s/ Dennis E. Stegner
Dennis E. Stegner
111 East Cecil Street
Springfield, OH 45504
937-322-2161